UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

REBECCA SUZANNE DENOFRE,

    Plaintiff,

v.

CITY OF ISHPEMING, STEVE SNOWAERT, and JUSTIN BIANCO,

    Defendants.

_____/

Case No. 2:19-cv-156

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendants.

Dated: October 3, 2019

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge